No. 590. CONSOLIDATED ELECTRIC LAMP CO. ET AL. *v.* MITCHELL, SECRETARY OF LABOR, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Gerard D. Reilly* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub, Samuel D. Slade, Stuart Rothman* and *Bessie Margolin* for the Secretary of Labor, respondent.

No. 603. BUCHNER *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *John R. Fitzpatrick* and *Edward J. Lynch* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States.

No. 627. HANNAHVILLE INDIAN COMMUNITY ET AL. *v.* PRAIRIE BAND OF POTAWATOMI INDIANS ET AL. Court of Claims. Certiorari denied. *Walter H. Maloney, James N. Beery* and *Paul M. Niebell* for petitioners. *O. R. McGuire, Howard D. Moses* and *Ivy Lee Buchanan* for the respondent Bands of Indians. *Solicitor General Rankin* for the United States.

No. 601. OROZ *v.* AMERICAN PRESIDENT LINES, LTD. C. A. 2d Cir. Certiorari denied. *Philip F. DiCostanzo* for petitioner. *William Garth Symmers* and *Frederick Fish* for respondent.

No. 602. PENNSYLVANIA RAILROAD CO. ET AL. *v.* MCARDLE ET AL. C. A. 3d Cir. Certiorari denied. *Mahlon E. Lewis* and *Philip W. Amram* for petitioners. *Abraham E. Freedman* for respondents.